■ In the Matter of FRANK J. ZEDDA, Petitioner, against JESSE A. COLLYER et al., Constituting the Board of Trustees of the Village of Ossining,

Respondents.—This proceeding pursuant to article 78 of the Civil Practice Act to review a determination of the Board of Trustees of the Village of Ossining, finding petitioner, a patrolman of the Ossining Police Department, guilty of conduct prejudicial to good order and discipline and unbecoming an officer, has been transferred to this court for disposition (Civ. Prac. Act, § 1296). Determination unanimously confirmed, without costs. (Cf. *People ex rel. Hart* v. *Board of Fire Comrs. of City of N. Y.*, 82 N. Y. 358, 362; *People ex rel. Guiney* v. *Valentine*, 274 N. Y. 331, 334.) Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.